# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CALVIN PETTYE                                                                                    PLAINTIFF

V.                           NO. 3:13CV00256 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                      DEFENDANT

## ORDER

The Commissioner's unopposed Motion to Remand (*doc. 13*) is GRANTED.

This is a remand pursuant to "sentence four" of 42 U.S.C. § 405(g).

Dated this 17th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE