# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CALVIN PETTYE                                                                                    PLAINTIFF

V.                              NO. 3:13CV00256 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE